

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00843-CV

David V. **MARTINEZ**,
Appellant

v.

Clarissa Ann **RODRIGUEZ**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-EM-505713
Honorable Olin B. Strauss, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF PROSECUTION. It is ordered that costs of appeal are assessed against appellant.

SIGNED May 7, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice